FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. SA CR 09-248(B)-DOC |
| Plaintiff, ) | VERDICT FORM DEFENDANT KAREN MARKOSIAN |
| v. ) | |
| ARMAN SHAROPETROSIAN, et al., ) | |
| Defendants. ) | |

1

**COUNT 1 [Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349]**

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

　　GUILTY　✓

　　NOT GUILTY _____

of Count 1 of the Second Superseding Indictment.

**COUNT 24 [Attempted Bank Fraud, Aiding and Abetting Attempted Bank Fraud, 18 U.S.C. §§ 1344; 2]**

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

　　GUILTY _____

　　NOT GUILTY ✓

of Count 24 of the Second Superseding Indictment.

**COUNT 25 [Attempted Bank Fraud, Aiding and Abetting Attempted Bank Fraud, 18 U.S.C. §§ 1344; 2]**

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

　　GUILTY　✓

　　NOT GUILTY _____

of Count 25 of the Second Superseding Indictment.

///
///
///
///
///


## COUNT 30 [Attempted Bank Fraud, Aiding and Abetting Attempted Bank Fraud, 18 U.S.C. §§ 1344; 2]

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

GUILTY _____

NOT GUILTY ✓_____

of Count 30 of the Second Superseding Indictment.

## COUNT 31 [Attempted Bank Fraud, Aiding and Abetting Attempted Bank Fraud, 18 U.S.C. §§ 1344; 2]

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

GUILTY _____

NOT GUILTY ✓_____

of Count 31 of the Second Superseding Indictment.

## COUNT 54 [Aggravated Identity Theft, Aiding and Abetting, 18 U.S.C. §§ 1028A; 2]

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

GUILTY ✓_____

NOT GUILTY _____

of Count 54 of the Second Superseding Indictment.

///
///
///
///

<u>**COUNT 59 [Aggravated Identity Theft, Aiding and Abetting, 18 U.S.C. §§ 1028A; 2]]**</u>

We, the jury in the above-captioned cause, unanimously find beyond a reasonable doubt defendant Karen Markosian:

GUILTY  ✓

NOT GUILTY  _____

of Count 59 of the Second Superseding Indictment.

*(After you have reached a unanimous agreement on a verdict, your foreperson must sign and date this form. At that time, please advise the bailiff that you are ready to return to the courtroom)*

Judge *David O. Carter*
~~FOREPERSON OF THE~~ JURY
DAVID O. CARTER

DATED: *March 16, 2012*, at Santa Ana, California.

4